GEORGE BERTSCH, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Bertsch* v. *Metropolitan Street Ry. Co.*, 68 App. Div. 228, affirmed.
(Submitted January 30, 1903; decided February 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 20, 1902, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Otto H. Droege* and *Isaac V. Schavrien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Not sitting: GRAY, J. Absent: O'BRIEN, J.